# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: ROSENBURG, RAYMOND J. | § | Case No. 06-12257 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 07/22/2011 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  06/16/2011        By:  /s/BRADLEY J. WALLER
                                           Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ROSENBURG, RAYMOND J. | § Case No. 06-12257 |
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 73,000.40 |
| *and approved disbursements of* | $ 57,085.40 |
| *leaving a balance on hand of* [1] | $ 15,915.00 |
| **Balance on hand:** | $ 15,915.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 15,915.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY J. WALLER | 6,150.02 | 0.00 | 6,150.02 |
| Trustee, Expenses - BRADLEY J. WALLER | 97.50 | 0.00 | 97.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 6,247.52 |
| Remaining balance: | $ 9,667.48 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 9,667.48

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 9,667.48

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,698.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 46.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank/Discover Financial Services | 1,322.23 | 0.00 | 617.55 |
| 2 | FIRST NATIONAL BANK OF OMAHA | 19,376.74 | 0.00 | 9,049.93 |

Total to be paid for timely general unsecured claims: $ 9,667.48
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Case 06-12257   Doc 32   Filed 06/30/11   Entered 07/02/11 23:17:44   Desc Imaged
Certificate of Service   Page 5 of 7

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

**BAE SYSTEMS**

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: mjohnson         Page 1 of 1          Date Rcvd: Sep 28, 2006
Case: 06-12257                Form ID: b9a           Total Served: 9

The following entities were served by first class mail on Sep 30, 2006.
db          +Raymond J. Rosenburg,    523 Pasadena Avenue, #1,    Crest Hill, IL 60403-2469
aty         +Chris D Rouskey,    Rouskey and Baldacci,    151 Springfield Ave,    Joliet, IL 60435-7503
tr          +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
10935996     ASSOCIATED ANESTHESIOLOGISTS,     333 N. Madison Street,    Joliet, IL 60435
10935998    +FIRST NATIONAL BANK OF OMAHA,    Post Office Box 2951,    Omaha, NE 68103-2951
10935999    +PEOPLE'S BANK,    Post Office Box 986,    Newark, NJ 07184-0001
10936000    +PROVENA ST. JOSEPH HOSPITAL,    333 N. Madison Street,    Joliet, IL 60435-8233
10936001    +SURGICAL CONSULTANTS OF JOLIET,    2 Uno Circle,    Joliet, IL 60435-6653

The following entities were served by electronic transmission on Sep 29, 2006.
10935997    +EDI: DISCOVER.COM Sep 28 2006 21:50:00      DISCOVER CARD,    Post Office Box 15251,
              Wilmington, DE 19886-5251
                                                                                            TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 30, 2006                    Signature:   *Joseph Speetjens*

United States Bankruptcy Court
Northern District of Illinois

In re:  
Raymond J. Rosenburg  
    Debtor

Case No. 06-12257-BWB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: dross     Page 1 of 1     Date Rcvd: Jun 30, 2011  
                   Form ID: pdf006     Total Noticed: 11

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2011.
db         +Raymond J. Rosenburg,   523 Pasadena Avenue, #1,   Crest Hill, IL 60403-2469
aty        +Chris D Rouskey,    Rouskey and Baldacci,    151 Springfield Ave,   Joliet, IL 60435-7503
aty        +Thomas J Manzella,    Block Block & Kluas PC,    19 W Jefferson St Ste 100,   Joliet, IL 60432-4301
tr         +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
             Sycamore, IL 60178-3140
10935996   +ASSOCIATED ANESTHESIOLOGISTS,    333 N. Madison Street,   Joliet, IL 60435-8200
10935998   +FIRST NATIONAL BANK OF OMAHA,    Post Office Box 2951,   Omaha, NE 68103-2951
10935999   +PEOPLE'S BANK,    Post Office Box 986,    Newark, NJ 07184-0001
10936000   +PROVENA ST. JOSEPH HOSPITAL,    333 N. Madison Street,   Joliet, IL 60435-8233
10936001   +SURGICAL CONSULTANTS OF JOLIET,    2 Uno Circle,   Joliet, IL 60435-6653

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
10935997    E-mail/PDF: mrdiscen@discoverfinancial.com Jul 01 2011 01:33:27      DISCOVER CARD,
             Post Office Box 15251,    Wilmington, DE 19886
11037157   +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 01 2011 01:33:27
             Discover Bank/Discover Financial Services,   PO Box 3025,   New Albany OH 43054-3025
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*       +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
             Sycamore, IL 60178-3140
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 02, 2011**                                **Signature:** _Joseph Speetjens_