# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: ROSENBURG, RAYMOND J.

Case No.  06-12257

Chapter  7

_____,

Debtor

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: _$4,350.00_____           Assets Exempt: __$0.00_____
*(without deducting any secured claims)*

Total Distribution to Claimants: $22,452.02            Claims Discharged
                                                                              Without Payment: $11,031.49_____

Total Expenses of Administration: _$35,548.38

3)  Total gross receipts of $   73,000.40   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $   15,000.00   (see **Exhibit 2**), yielded net receipts of $58,000.40 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $12,784.54 | $12,784.54 | $12,784.54 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 35,548.38 | 35,548.38 | 35,548.38 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 20,698.97 | 20,698.97 | 9,667.48 |
| **TOTAL DISBURSEMENTS** | $0.00 | $69,031.89 | $69,031.89 | $58,000.40 |

4)  This case was originally filed under Chapter 7 on September 27, 2006. The case was pending for 58 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/12/2011_____    By:_/s/BRADLEY J. WALLER_____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| POTENTIAL PERSONAL INJURY CLAIM | 1242-000 | 73,000.00 |
| Interest Income | 1270-000 | 0.40 |
| **TOTAL GROSS RECEIPTS** | | $73,000.40 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Raymond J. Rosenburg | Personal Injury Exemption | 8100-002 | 7,500.00 |
| Raymond J. Rosenburg | Exemption | 8100-002 | 7,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $15,000.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Physicians Network | 4210-000 | N/A | 5,298.50 | 5,298.50 | 5,298.50 |
| | Illinois Pharmacy Management LLC | 4210-000 | N/A | 408.72 | 408.72 | 408.72 |
| | Hinsdale Orthopaedics | 4210-000 | N/A | 551.00 | 551.00 | 551.00 |
| | Thomas R. Hurley MD | 4210-000 | N/A | 203.48 | 203.48 | 203.48 |
| | Health Benefits Pain Management | 4210-000 | N/A | 3,371.50 | 3,371.50 | 3,371.50 |
| | Crawford Bus Company n/k/a Cook Illinois Corporation | 4210-000 | N/A | 2,951.34 | 2,951.34 | 2,951.34 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $12,784.54 | $12,784.54 | $12,784.54 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 6,150.02 | 6,150.02 | 6,150.02 |
| BRADLEY J. WALLER | 2200-000 | N/A | 97.50 | 97.50 | 97.50 |
| Thomas J. Manzella Jr | 3210-600 | N/A | 24,333.31 | 24,333.31 | 24,333.31 |
| Thomas J. Manzella Jr | 3220-610 | N/A | 4,967.55 | 4,967.55 | 4,967.55 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 35,548.38 | 35,548.38 | 35,548.38 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank/Discover Financial Services | 7100-000 | N/A | 1,322.23 | 1,322.23 | 617.55 |
| 2 | FIRST NATIONAL BANK OF OMAHA | 7100-000 | N/A | 19,376.74 | 19,376.74 | 9,049.93 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 20,698.97 | 20,698.97 | 9,667.48 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 06-12257 | **Trustee:**    (330500)    BRADLEY J. WALLER |
| **Case Name:**    ROSENBURG, RAYMOND J. | **Filed (f) or Converted (c):** 09/27/06 (f) |
| | **§341(a) Meeting Date:**    11/02/06 |
| **Period Ending:** 08/12/11 | **Claims Bar Date:**    02/27/07 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH ON HAND | 150.00 | 0.00 | DA | 0.00 | FA |
| 2 | HARRIS BANK CHECKING ACCOUNT | 450.00 | 0.00 | DA | 0.00 | FA |
| 3 | HOUSEHOLD GOODS | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | WEARING APPAREL | 250.00 | 0.00 | DA | 0.00 | FA |
| 5 | POTENTIAL PERSONAL INJURY CLAIM  (u) | 73,000.00 | 0.00 | | 73,000.00 | 0.00 |
| 6 | 1997 CHEVROLET LUMINA | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | .  (u) | 0.00 | 0.00 | | 0.00 | 0.00 |
| Int | INTEREST  (u) | Unknown | N/A | | 0.40 | FA |
| 8 | **Assets**    **Totals** (Excluding unknown values) | **$77,350.00** | **$0.00** | | **$73,000.40** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2008        **Current Projected Date Of Final Report (TFR):**    June 30, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 06-12257 | |
| Case Name: | ROSENBURG, RAYMOND J. | |
| | | |
| Taxpayer ID #: | **-***8668 | |
| Period Ending: | 08/12/11 | |

| | |
|---|---|
| Trustee: | BRADLEY J. WALLER (330500) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******80-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 02/22/11 | {5} | American Service Insurance Company | per court order of 01/14/11 | 1242-000 | 73,000.00 | | 73,000.00 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 0.35 | | 73,000.35 |
| 03/02/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0300% | 1270-000 | 0.05 | | 73,000.40 |
| 03/02/11 | | To Account #9200******8066 | | 9999-000 | | 73,000.40 | 0.00 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 73,000.40 | 73,000.40 | $0.00 |
| Less: Bank Transfers | 0.00 | 73,000.40 | |
| Subtotal | 73,000.40 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $73,000.40 | $0.00 | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 06-12257 |
| Case Name: | ROSENBURG, RAYMOND J. |
| | |
| Taxpayer ID #: | **-***8668 |
| Period Ending: | 08/12/11 |

| | |
|---|---|
| Trustee: | BRADLEY J. WALLER (330500) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******80-66 - Checking Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/02/11 | | From Account #9200******8065 | | 9999-000 | 73,000.40 | | 73,000.40 |
| 03/11/11 | 101 | Thomas J. Manzella Jr | Per court order of January 14, 2011 | 3210-600 | | 24,333.31 | 48,667.09 |
| 03/11/11 | 102 | Thomas J. Manzella Jr | Per court order of January 14, 2011 | 3220-610 | | 4,967.55 | 43,699.54 |
| 04/15/11 | 103 | Illinois Physicians Network | per court order of 01/14/2011 | 4210-000 | | 5,298.50 | 38,401.04 |
| 04/15/11 | 104 | Discover Bank/Discover Financial Services | per court order of 01/14/2011<br>Voided on 04/18/11 | 4210-000 | | 3,371.50 | 35,029.54 |
| 04/15/11 | 105 | Illinois Pharmacy Management LLC | per court order of 01/14/11 | 4210-000 | | 408.72 | 34,620.82 |
| 04/15/11 | 106 | Hinsdale Orthopaedics | per court order of | 4210-000 | | 551.00 | 34,069.82 |
| 04/15/11 | 107 | Thomas R. Hurley MD | per court order of 01/14/11 | 4210-000 | | 203.48 | 33,866.34 |
| 04/18/11 | 104 | Discover Bank/Discover Financial Services | per court order of 01/14/2011<br>Voided: check issued on 04/15/11 | 4210-000 | | -3,371.50 | 37,237.84 |
| 04/18/11 | 108 | Health Benefits Pain Management | per court order of 01/14/2011 | 4210-000 | | 3,371.50 | 33,866.34 |
| 05/06/11 | 109 | Raymond J. Rosenburg | Personal Injury Exemption | 8100-002 | | 7,500.00 | 26,366.34 |
| 05/31/11 | 110 | Crawford Bus Company n/k/a Cook Illinois Corporation | per court order of 01/14/11 | 4210-000 | | 2,951.34 | 23,415.00 |
| 06/16/11 | 111 | Raymond J. Rosenburg | Exemption | 8100-002 | | 7,500.00 | 15,915.00 |
| 07/22/11 | 112 | BRADLEY J. WALLER | Dividend paid 100.00% on $97.50, Trustee Expenses; Reference: | 2200-000 | | 97.50 | 15,817.50 |
| 07/22/11 | 113 | BRADLEY J. WALLER | Dividend paid 100.00% on $6,150.02, Trustee Compensation; Reference: | 2100-000 | | 6,150.02 | 9,667.48 |
| 07/22/11 | 114 | Discover Bank/Discover Financial Services | Dividend paid 46.70% on $1,322.23; Claim# 1; Filed: $1,322.23; Reference: | 7100-000 | | 617.55 | 9,049.93 |
| 07/22/11 | 115 | FIRST NATIONAL BANK OF OMAHA | Dividend paid 46.70% on $19,376.74; Claim# 2; Filed: $19,376.74; Reference: | 7100-000 | | 9,049.93 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | ACCOUNT TOTALS | | 73,000.40 | 73,000.40 | $0.00 |
| | Less: Bank Transfers | | 73,000.40 | 0.00 | |
| | **Subtotal** | | **0.00** | **73,000.40** | |
| | Less: Payments to Debtors | | | 15,000.00 | |
| | **NET Receipts / Disbursements** | | **$0.00** | **$58,000.40** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 06-12257 |
| Case Name: | ROSENBURG, RAYMOND J. |
| | |
| Taxpayer ID #: | **-***8668 |
| Period Ending: | 08/12/11 |

| | |
|---|---|
| Trustee: | BRADLEY J. WALLER (330500) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******80-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| Net Receipts : | 73,000.40 | |
| Less Payments to Debtor : | 15,000.00 | |
| Net Estate : | $58,000.40 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******80-65 | 73,000.40 | 0.00 | 0.00 |
| Checking # 9200-******80-66 | 0.00 | 58,000.40 | 0.00 |
| | $73,000.40 | $58,000.40 | $0.00 |